

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00046-CR

---

Jeremiah Nevarez, Appellant

v.

The State of Texas, Appellee

---

On Appeal from the 379th District Court
Bexar County, Texas
Trial Court No. DC2022CR10881

---

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED this 6th day of January 2026.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.